500 A.2d 427

**NATIONWIDE INSURANCE COMPANY OF DELAWARE, Appellant,**

v.

**William F. ENDERLE and Margaret Enderle, his wife.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1985.

Decided Nov. 21, 1985.

Michael Yanoff, Lansdale, for appellant.

Edward S. Lawhorne, Media, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-
MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order of Superior Court, 331 Pa.Super. 127, 480 A.2d 276,
dismissing appeal vacated and case remanded to that court
for decision on the merits.